**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| AARON ISBY-ISRAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12-cv-116-JMS-MJD |
| | ) | |
| JAMES WYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff's motion for leave to depose defendants has been considered. He seeks to take depositions for the purpose of learning additional facts and obtaining evidence relevant to the remaining claim and to see if admissions as to facts can be obtained. He alleges that he is indigent. Presumably he has no means to pay for the depositions.

The plaintiff has not explained why his written interrogatories were insufficient to obtain needed information or why he could not have served requests for admissions under Rule 36 of the *Federal Rules of Civil Procedure*.

The defendants have objected to the motion to the extent the plaintiff seeks to take depositions at public expense. The Court agrees that there are no public funds with which to subsidize the plaintiff's discovery costs. *See Wheeler v. Talbot,* No. 12-cv-2281, 2014 WL 321841, *1 (C.D.Ill. Jan. 29, 2014) ("[t]his court has no authority to finance or pay for a party's discovery expenses even though the party has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915(a).") (internal quotation omitted); *Holland v. City of Gary,* 2:10-cv-454, 2012 WL 1388345, *5 (N.D.Ind. April 16, 2012) (same); *Westefer v. Snyder,* Nos. 00-162, 00-708, 2009 WL 839019, *2 (S.D.Ill. Mar. 31, 2009) ("Nothing in the statute governing *in forma pauperis*

proceedings requires the Court to pay, or waive, the discovery costs of an *in forma pauperis* litigant.").

Accordingly, the plaintiff's motion for leave to depose defendants [dkt. 75] is **denied** to the extent he seeks leave to take depositions without having to incur the costs.

**IT IS SO ORDERED.**

Date: ___9/16/2014___

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

AARON ISBY-ISRAEL, #892219, WABASH VALLEY CF, Inmate Mail/Parcels, 6908 S. Old US Hwy 41, P.O. Box 1111, CARLISLE, IN 47838