UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| AARON ISBY-ISRAEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| RICHARD BROWN et al., | ) ) | Case No.: 2:12-cv-00116-JMS-MJD |
| Defendants. | ) ) | |

## **PLAINTIFF'S RESPONSE TO DEFENDANTS' POST-TRIAL BRIEF**

In their Post-Trial Brief, Defendants argue that an Ohio system of annual reviews was found to be "constitutionally adequate by the Supreme Court." [Dkt. 265 at 1 (citing *Wilkinson v. Austin*, 545 U.S. 209, 217 (2005).] "That Indiana has administratively chosen to make reviews available more often than does Ohio does not convert Indiana's procedure into a constitutional requirement. Indiana may—and does—exceed the constitutional minimum." [*Id.* at 2.]

It is unclear whether Defendants now argue that solitary confinement prisoners' annual reviews should be factored into the Court's determination of Defendants' compliance with their burden under *Hewitt v. Helms* to "engage in some sort of periodic review of the confinement of such inmates." 459 U.S. 460, 477 n.9 (1983). If that is Defendants' new argument, they should be estopped from making it, because they represented to the Court earlier that Mr. Isby's annual reviews "were not a review of his specific housing assignment and whether he is in general population or restricted status housing." [Dkt. 225 at 2.]

Dated: October 12, 2018

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

*/s/ Daniel R. Kelley*

Daniel R. Kelley (Atty. No. 30706-49)
Jason M. Rauch (Atty. No. 34749-49)
Burnell K. Grimes (Atty. No. 34370-49)
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Daniel.Kelley@faegrebd.com
Jason.Rauch@faegrebd.com
Burnell.Grimes@faegrebd.com

*Attorneys for Plaintiff Aaron Isby-Israel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I filed the foregoing document electronically. The parties may access this filing through the Court's system. Notice of this filing will be sent to the attorneys of record by the Court's electronic filing system.

*/s/ Daniel R. Kelley*